7jgmthhd (7/15)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

*In Re:*  Zachary John Wilson (TRNSFD TO SOUTHERN DIV)
*Debtor*

*Bankruptcy Case No.*
14−30117−abf7

**Norman Rouse**
    Plaintiff(s)

*Adversary Case No.*
15−06019−abf

v.

**Zachary John Wilson**
    Defendant(s)

## JUDGMENT

    This proceeding having come on for trial or hearing before the court, the Honorable Arthur B. Federman , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

***IT IS ORDERED AND ADJUDGED***: That judgment is hereby entered in favor of the Plaintiff−Trustee, Norman Rouse, revoking Debtor Zachary John Wilsons discharge, and awarding fees and costs to the Trustee in the amount of $500 plus the filing fee.



Paige Wymore−Wynn
Acting Court Executive

By: /s/ Sharon Greene
    Deputy Clerk

Date of issuance: 9/9/15

Court to serve